No. 78–5831.  RACHAL v. LOUISIANA.  Sup. Ct. La.  Certiorari denied.

No. 78–5835.  HUFF v. WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA.  C. A. 5th Cir.  Certiorari denied.

No. 78–5849.  MULLINS v. TENNESSEE.  Ct. Crim. App. Tenn.  Certiorari denied.

No. 78–5875.  MOONE v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 78–5877.  WEINRAUCH v. UNITED STATES SECRET SERVICE ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 78–5887.  COGDELL v. UNITED STATES;
No. 78–5889.  WALKER v. UNITED STATES; and
No. 78–5904.  BAILEY v. UNITED STATES.  C. A. D. C. Cir. Certiorari denied.  Reported below: No. 78–5887, 190 U. S. App. D. C. 185, 585 F. 2d 1130; Nos. 78–5889 and 78–5904, 190 U. S. App. D. C. 142, 585 F. 2d 1087.

No. 78–5921.  LILES v. MERIT SYSTEMS PROTECTION BOARD ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 78–5923.  MASTROCOLO v. CALIFANO, SECRETARY OF HEALTH, EDUCATION, AND WELFARE.  C. A. 5th Cir.  Certiorari denied.

No. 78–5924.  SMITH v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 78–5936.  DRUCKER v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 78–5943.  DITTMAN v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.